**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant WADE WILLIAM GRISSOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00091-LJO-1 |
| ) | |
| Plaintiff ) | STIPULATION TO CONTINUE |
| ) | REVOCATION HEARING TO |
| v. ) | June 24, 2013 AT 8:30 AM; |
| ) | ORDER THEREON |
| WADE WILLIAM GRISSOM, ) | |
| ) | |
| Defendant ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the REVOCATION HEARING currently set for May 13, 2013 at 8:30 a.m. in Courtroom 4, be continued to June 24, 2013 at 8:30 am in Courtroom 4.

The Revocation Hearing was previously continued until May 13, 2013 as the Dispositional Memorandum had just been provided prior to the previous Revocation Hearing date. During the process of obtaining and providing a medical waiver to communicate with defendant's primary mental health provider to address issues raised in U.S. Probation Officer Julie Martin's Dispositional Memorandum, defense counsel learned that the mental health provider, who is difficult to contact and practices in two cities outside of Fresno, is out of the country until the latter part of May 2013.

This Stipulation is hereby requested to enable defense counsel to communicate with this mental health provider and to follow-up accordingly to address the issues raised in the Dispositional Memorandum in order properly represent Defendant.

1

_____
STIPULATION TO CONTINUE REVOCATION HEARING and ORDER

This continuance will conserve time and resources for both parties and the court.

Dated: May 03, 2013          By: /s/ Karen L. Lynch
                                              KAREN L. LYNCH, Attorney for
                                              WADE WILLIAM GRISSOM

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: May 03, 2013          By: /s/ Kirk Edward Sherriff
                                              Assistant U.S. Attorney

ORDER

The Court, having reviewed the above request for a Continuance of Revocation Hearing until June 24, 2013 at 8:30 am, Department 4 and Order Thereon, and having found good cause for the continuance on the basis the continuance will conserve time and resources of the parties and the Court thus serving the ends of justice which outweighs the best interests of the public and the defendant's right to a speedy trial by serving the interests of the due process clause of the Fifth Amendment to "speedy sentencing."

HEREBY ORDERS AS FOLLOWS:

The Status Conference Hearing currently scheduled for May 13, 2013 at 8:30 am, shall be continued to June 24, 2013 at 8:30 am in Department 4. The defendant is subject to the original terms of release pending sentencing.

IT IS SO ORDERED.

Dated: **May 3, 2013**                    **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

___
STIPULATION TO CONTINUE REVOCATION HEARING and ORDER